CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff
ORLANDO GARCIA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.: 2:20-cv-06353-RSWL-PVC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| JOSEPH N. TREVES, in individual and representative capacity as Trustee of the Nace and Sarah Treves Living Trust; ALAN R. TREVES, in individual and representative capacity as Trustee of the Nace and Sarah Treves Living Trust; JEFFEREY R. TREVES, in individual and representative capacity as Trustee of the Nace and Sarah Treves Living Trust; SUPERBA HOLDINGS, LLC, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: April 01, 2021          By: /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorney for Plaintiff