UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br>　　　Plaintiff,<br>　v.<br>JOSEPH N. TREVES, in individual and representative capacity as Trustee of the Nace and Sarah Treves Living Trust; ALAN R. TREVES, in individual and representative capacity as Trustee of the Nace and Sarah Treves Living Trust; JEFFEREY R. TREVES, in individual and representative capacity as Trustee of the Nace and Sarah Treves Living Trust; SUPERBA HOLDINGS, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | **Case** 2:20-cv-06353-RSWL-PVCx<br><br>**ORDER**<br>(Vacating Dates Due to Settlement) |

　　　Given the parties Joint Notice of Settlement and the Joint Request to Vacate Dates due to the settlement, and finding good cause, therefore, the court vacates all pending case management dates in this case. The parties will file a dismissal within 45 days or show cause why the case should not be dismissed for failure to prosecute.

Dated: April 28, 2021　　　　　　　　By:　__**/S/ RONALD S.W. LEW**_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE RONALD S.W.LEW
　　　　　　　　　　　　　　　　　　　　　United States District Judge