CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

MICHAEL R. NEWHOUSE (SBN: 211204)
mnewhouse@newhouselawgroup.com
CHERYL H. SPOUND (SBN: 180156)
cspound@newhouselawgroup.com
NEWHOUSE LAW GROUP, PC
1800 Century Park East, 6th Floor
Los Angeles, California 90067
Attorneys for Defendants
Joseph N. Treves; Alan R. Treves; Jefferey R. Treves and Superba Holdings, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH N. TREVES, in individual and representative capacity as Trustee of the Nace and Sarah Treves Living Trust;<br>ALAN R. TREVES, in individual and representative capacity as Trustee of the Nace and Sarah Treves Living Trust;<br>JEFFEREY R. TREVES, in individual and representative capacity as Trustee of the Nace and Sarah Treves Living Trust;<br>SUPERBA HOLDINGS, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:20-cv-06353-RSWL-PVC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 17, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: May 17, 2021          NEWHOUSE LAW GROUP, PC

By: /s/ Michael R. Newhouse
    Michael R. Newhouse
    Cheryl H. Spound
    Attorneys for Defendants
    Joseph N. Treves; Alan R. Treves; Jefferey R. Treves and Superba Holdings, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Michael R. Newhouse, counsel for Joseph N. Treves; Alan R. Treves; Jefferey R. Treves and Superba Holdings, LLC, and that I have obtained Mr. Newhouse's authorization to affix his electronic signature to this document.

Dated: May 17, 2021            CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff